```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  8/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                  :
JENNIFER SUAREZ *on behalf of Christopher Sanchez,* :
                                                  :
                            Plaintiff,         :                1:20-cv-5151-GHW
                                                  :
                          -v -                      :                 <u>ORDER</u>
                                                  :
COMMISSIONER OF SOCIAL SECURITY,       :
                                                  :
                            Defendant.      :
                                                  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On July 11, 2020, the Court entered an order that identified deficiencies in Plaintiff's Complaint and request to proceed *in forma pauperis.* Dkt. No. 5. The Court directed Plaintiff to remedy these deficiencies by August 13, 2020. *Id.* As of the date of this order, the Court has not received Plaintiff's submissions. Plaintiff is directed to comply with the July 11, 2020 order forthwith, and in no event later than September 7, 2020.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

        The Clerk of Court is directed to mail a copy of this order and the Court's July 11, 2020 order, Dkt. No. 5, by first class and certified mail.

        SO ORDERED.

Date:  August 25, 2020
New York, New York

                                                              GREGORY H. WOODS
                                                            United States District Judge