```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 10/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
JENNIFER SUAREZ *on behalf of Christopher Sanchez*, :
                                                                    :
                                    Plaintiff,     :    1:20-cv-5151-GHW
                                                                    :
          -v -                                     :    ORDER
                                                                    :
COMMISSIONER OF SOCIAL SECURITY,                   :
                                                                    :
                                    Defendant.     :
                                                                    :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On July 11, 2020, the Court entered an order that identified certain deficiencies in Plaintiff's Complaint and request to proceed *in forma pauperis*. Dkt. No. 5. The Court directed Plaintiff to remedy these deficiencies by August 13, 2020. *Id.* As of August 25, 2020, the Court had not received Plaintiff's submissions. Accordingly, the Court entered an order directing Plaintiff to comply with the July 11, 2020 order by no later than September 14, 2020. Dkt. No. 6.

As of the date of this order, Plaintiff still has not complied with the Court's previous orders and has not remedied the deficiencies identified by the Court in the July 11, 2020 order. Plaintiff has not filed anything in this action since filing the Complaint on July 6, 2020. Plaintiff is directed to comply with Court's July 11, 2020 order by November 11, 2020.

Plaintiff has failed to comply with two court orders. Failure to comply with this order may result in the dismissal of this action for failure to prosecute.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order and the Court's July 11, 2020 and August 25, 2020 orders, Dkt. Nos. 5 and 6, by first class and certified mail.

SO ORDERED.

Date: October 21, 2020

_____
GREGORY N. WOODS
United States District Judge